# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,852,869**
**Registered Sep. 28, 2010**
**Int. Cl.: 5**

**TRADEMARK**
**PRINCIPAL REGISTER**



RAMIREZ, FELIX VINICIO (UNITED STATES INDIVIDUAL), DBA BETHEL NUTRITIONAL CONSULTING INC
599 WEST 190TH STREET SUITE 1
NEW YORK, NY 10040 AND

RAMIREZ, KARINY C (UNITED STATES INDIVIDUAL), DBA BETHEL NUTRITIONAL CONSULTING, INC.
599 WEST 190TH STREET SUITE 1
NEW YORK CITY, NY 10040

FOR: NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 8-7-2007; IN COMMERCE 8-7-2007.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NUTRITIONAL", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF TWO OVERLAPPING SILHOUETTES OF A PERSON SUCH THAT IT APPEARS THAT THE PERSON IS DOING A JUMPING JACK. ON EACH SIDE OF THE SILHOUETTE DESIGN IS A MORTAR AND PESTLE. THE DESIGN IS INSIDE TWO CONCENTRIC CIRCLES WITH THE STYLIZED WORDING "BETHEL NUTRITIONAL" BETWEEN THE CIRCLES AT THE TOP AND THE STYLIZED WORDING "CONSULTING" BETWEEN THE CIRCLES AT THE BOTTOM AND THE DESIGN OF A BRANCH WITH LEAVES ON BOTH SIDES OF THE CIRCLE IN FRONT OF AND BEHIND THE WORD "CONSULTING."

SER. NO. 77-924,168, FILED S.R. 1-29-2010 AM. P.R. 5-6-2010.

KELLEY WELLS, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office