

MY ACCO

| Home | About us | Buy Bethel S30 | Weight Loss Research | Testimonials |



**Bethel S30 Ingredients:**

Flos Citri Aurantii
Cassia Seed Extract(Cassaia Tora L)
Jobstears Seed
Mulberry Leaf Extract (Folium Mori)
and Medical Amylum.
350MG

# INTRODUCTION

**BUY BETHEL'S S 30 AND START SEEING RESULTS IN AS LITTLE AS 30 DAYS.**
**BETHEL S30 CAPSULES WILL WORK WONDERS FOR THOSE PEOPLE WHO ARE TEN (10) OR MORE POUNDS OVERWEIGHT.**

THE KEY COMPONENTS OF BETHEL S30 HAVE BEEN PROVEN TO HELP PEOPLE LOSE WEIGHT FAST, ENHANCE METABOLIC RATE, INCREASE ENERGY, BURN CALORIES AND SUPPRESS APPETITE. NO DIARRHEA, NO HARMFUL SIDE EFFECTS.

YOU WILL SEE IMMEDIATE RESULTS! YOUR WEIGHT LOSS IN ONE (1) MONTH WILL AVERAGE TO 17 TO 22 POUNDS.





Curb Your Appetite, Increase Your Energy And Help Your Body Burn Fat, R
Deposited Fat Quickly!
One Of The Most Recommended Herb For Weight Loss!

There Is No Need To Go On A Painful Diet, You Can Eat Reasonably, Lose And Feel Healthy With Bethel S 30- All Naturally!

Copyright © 2008, BethelS30WeightLoss.com. All rights reserved.                     Develo