Home



Search!

My Account | Cart Contents | Checkout



| Home | | About Us | | Testimonials | | F.A.Q. | | Contact Us |

**Shopping Cart**

0 items

**Our Products**

BULK PROMOTION
Sexual Potency
Sleep Deprivation
Weightloss
Women Health
Cholesterol
Laxatives
Vitamins & Supplements
Body Detox
Anxiety & Depression





**Bethel's Vitamin Supplements Will Give You All The Nutrients You Need To Live a Healthy Life!**

**More...**

## LOSE WEIGHT THE RIGHT WAY!

With Bethel's Fast 30 You Will Start Seeing Results In As Little As 30 Days. Bethel Fast 30 Capsules Will Work Wonders For Those People Who Are Ten (10) Or More Lbs Overweight.

The Key Components Of Bethel Fast 30 Have Been Proven To Help People Lose Weight Fast, Enhance Metabolic Rate, Increase Energy, Burn Calories And Suppress Appetite. No Diarrhea, No Harmful Side Effects.

You Will See Immediate Results! Your Weight Loss In One (1) Month Will Average To 17 To 22 Pounds     **[ BUY NOW ]**



## CHOLEST *AWAY*

Lowers cholesterol levels as effectively as statins without the side effects.

Red Yeast Rice increases HDL levels and also lowers elevated serum triglyceride levels. Use in conjunction with CO-Q10 for difficult cholesterol.

**[ BUY NOW ]**





Welcome **Guest!** Would you like to log yourself in? Or would you prefer to create an account?

**Information**

About Us
Testimonials
Contact Us
Featured Products
F.A.Q.

**Babelfish Translation**


English　Chinese　French
Dutch　German　Greek
Italian　Japanese　Korean
Portuguese　Russian　Spanish




SSL Certificates


SWEET SLEEP
$15.00


FAST 30 (with free Senna 1300mg)
$60.00


MELATONIN
$15.00



ADMIN

Copyright © 2010 Bethel Nutritional Consulting, Inc.
Powered by osCommerce
Customized by ezOSC.com