

https://online.citibank.com/US/jba/rs/ShowTargetAppFromPortlet.do?targetSubApp=AD...   10/21/2010

Record of Credit Card Payment by "B.C."