# Accounts

### Account Detail

| Account | Account # | Available Balance | Current Balance | As Of |
|---|---|---|---|---|
| | Checking | | | 10/22/2010 11:37 AM CDT |
| Account Owner: | | Account Nickname: Not Set | | |
| Account Type: Checking | | Product: Checking | | |

### Quick History

Add your own description for transactions and / or assign transaction categories and save changes by clicking the 'Save Changes' button. To cancel changes, click 'Cancel Changes'.

Transactions - shows up to the last 20 transactions from 09/22/2010 to 10/22/2010



| Date | Ref/Share draft | Description/ Memo | Category | Debit/Withdrawal | Credit/Deposit | Balance |
|---|---|---|---|---|---|---|
| 10/20/2010 | 1086 | | Select One | | | |
| 10/19/2010 | | | Select One | | | |
| 10/18/2010 | | Purchase VORTECH WEB AND BUSINE CHERRY HILL NJ | Select One | $67.95 | | |
| 10/15/2010 | | | Select One | | | |
| 10/15/2010 | | | Select One | | | |
| 10/13/2010 | | | Select One | | | |
| 10/11/2010 | | | Select One | | | |
| 10/11/2010 | | | Select One | | | |
| 10/11/2010 | | | Select One | | | |
| 10/09/2010 | | | Select One | | | |
| 10/09/2010 | | | Select One | | | |