MY ACCOUNT | MY CART | CHECKOUT | LOGIN

HOME   ABOUT US   BUY BETHEL S30   WEIGHT LOSS RESEARCH   TESTIMONIALS   CONTACT US

Top » Catalog                                 Like    12 people like this.

## Bethel S30 Weight Loss

### Bethel S30 Weight Loss Supplement Mechanism of Action:

● **Boosting fat metabolism and blocking non-fat material converting into fat.**

The functional ingredients will maintain the balance of body calories intake and consumption, control the intake of extra calories, block non-fat material converting into fat and boost fat metabolism and burn the fat continuously. Hence, the volume and content of the fat cells in vivo can be maintained and continually reduced. The unique mechanism of maintaining can both block the fat source and accelerate fat burning.

● **Pure herbal essence, controlling fat intake effectively**

The raw materials are extracts including flos citri aurantii, cassia seed, jobstear seed and mulberry leaf. The glucomannan in the product can absorb water. A viscose solution will quickly form after intake of the product, which attaches to stomach lining and stimulates it to restrain appetite, promotes a full feeling and controls your food and fat intake.

● **Helping the intestines relax while cleaning the bowels**

The Cassia Seed is effective in promoting diuresis and relaxing the bowels, which can discharge the metabolism outcome and the unabsorbed extra fat as well as toxin, clean the intestines system and prevent constipation effectively at the same time.



**Categories**

Buy Bethel S30 Weight Loss (2)
Buy Fast 30 Weight Loss (1)

**What's New?**


BETHEL S30 (with a free Senna)
$60.00

**Newsletter**

**Note:** Registered customers go to: Your Account to subscribe.

E-Mail Address:

Password

Verification Code:



Enter Characters in Image:
go

**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us

New Products For November


FAST 30 (WITH A FREE SENNA)
$60.00


BETHEL S30 (with a free Senna)
$60.00

Case 1:10-cv-05775-RMB-JS   Document 1-7   Filed 11/05/10   Page 2 of 2 PageID: 46



***Statements on this website have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose treat, cure or prevent any disease. Consult your doctor prior to taking this, or any other supplement, especially if you are in high risk groups. ***

Copyright © 2010 BethelS30WeightLoss. All rights reserved.