# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE 250 PEHLE AVE. SUITE 401 SADDLE BROOK N.J. 07663 201-845-9600 FAX 201-845-9423
General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

November 9, 2010

Hon. Renée Marie Bumb
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, NJ 08101

        RE: **Bethel Nutritional Consulting, Inc. v. Jonathan Gropper and Vortech Web and Business Solutions LLC**
        **Case No.:** 1:10-CV-05775-RMB-JS
        **Our File:** 38,164-0

Dear Judge Bumb:

We represent Plaintiff Bethel Nutritional Consulting, Inc. in the above matter. Pursuant to Paragraph 9 of the Order to Show Cause filed November 8, 2010, this will confirm that the following documents were personally served upon the Defendants today:

1. Summons (for Jonathan Gropper);

2. Summons (for Vortech Web and Business Solutions LLC);

3. Verified Complaint filed November 5, 2010;

4. Order to Show Cause filed November 8, 2010;

5. Notice to Take Deposition of Jonathan Gropper; and

6. Plaintiff's Preliminary Request for Production of Documents on an Expedited Basis.

        Respectfully,

        *Charles Cohen*

CRC.mn         Charles R. Cohen

cc: Jonathan Gropper (via e-mail and regular mail)

cc: Vortech Web and Business Solutions LLC, by its CEO, Jonathan Gropper (via e-mail and regular mail)

cc: Bethel Nutritional Consulting, Inc. (via e-mail)